

# Fourth Court of Appeals
## San Antonio, Texas

May 24, 2019

No. 04-19-00285-CR

Terence W. **SPENCER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1677
Honorable Frank J. Castro, Judge Presiding

# O R D E R

A Trial Court's Certification of Defendant's Right of Appeal has been filed in this appeal in which the trial court judge certifies that the underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal." It is therefore ORDERED that the trial court clerk file an electronic clerk's record **within ten days** from the date of this order containing the following documents:

1.  All pre-trial orders and the related pre-trial motions;

2.  The Court Admonishments, the Waiver, Consent to Stipulation of Testimony and Stipulations, and all other documents relating to the defendant's plea bargain;

3.  The judgment;

4.  All post-judgment motions and orders;

5.  The notice of appeal;

6.  The Trial Court's Certification of Defendant's Right of Appeal; and

7.  The criminal docket sheet.

All other appellate deadlines are suspended pending further order of this court.  The clerk of this court is ORDERED to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

_____
Liza A. Rodriguez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of May, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court